UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN DUENAS BARRAZA,<br><br>                Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | Case No. C23-1271-BHS-MLP<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has applied to proceed *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Accordingly, Petitioner's *in forma pauperis* application (dkt. # 3) is GRANTED. The Clerk is directed to file Petitioner's habeas petition without the prepayment of fees and to send a copy of this Order to Petitioner.

Dated this 6th day of September, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1