UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN DUENAS BARRAZA,

        Petitioner,

   v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

        Respondent.

CASE NO. C23-1271 BHS

ORDER

This matter is before the Court on Magistrate Judge Michelle L. Peterson's Report and Recommendation (R&R), Dkt. 10, recommending that the Court deny pro se petitioner Christian Barraza's 28 U.S.C. § 2241 habeas petition, Dkt. 5, grant the Government's motion to dismiss, Dkt. 8, and dismiss the matter with prejudice.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Barraza does not object to the R&R. Accordingly, the R&R is **ADOPTED**, the Government's motion to dismiss, Dkt. 8, is **GRANTED**, Barraza's habeas petition, Dkt. 5, is **DENIED**, and this matter is **DISMISSED with prejudice**.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 9th day of February, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge